UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW KACOS,

       Plaintiff,

                                  Case No.  1:11-cv-681

v.

                                  HONORABLE PAUL L. MALONEY

MIDLAND CREDIT
MANAGEMENT, INC.,

       Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

      Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket for this case has revealed that defendant Midland Credit Management, Inc. has not filed the requisite disclosure.

      IT IS HEREBY ORDERED that defendant Midland Credit Management, Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.


Date:   August 3, 2011                                        /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge